UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: CASE NO: 3:08-bk-07842-JAF

NATHANIEL HARDAGE,

    Debtor.

_____

**NOTICE OF DEPOSITING FUNDS TO COURT UNCLAIMED FUND ACCOUNT**

    The Chapter 7 trustee, Aaron R. Cohen, reports that the following check has been refunded to the estate by the creditor. The creditor claims it is unable to locate the debtor's account with the account number provided. The Trustee has made a diligent effort to help the creditor locate the account, but the creditor contends that the account number on its proof of claim is invalid.

| Claim Number | Creditor Name and Address | Claim Amount | Amount of Check | Check Number |
|---|---|---|---|---|
| 2 | Sallie Mae, Inc. on behalf of United Student Aid Funds, Inc.<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes-Barre, PA 18773-9430 | $13,280.03 | $1,153.27 | 1005 |

    A copy of this Report and the original check have been mailed to the attention of Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 727, Tampa, Florida 33602.

    DATED: September 22, 2010.

                                      /s/ Aaron R. Cohen

                                      Aaron R. Cohen
                                      PO Box 4218
                                      Jacksonville, FL 32201
                                      (904) 389-7277 / (904) 389-7273 fax
                                      Florida Bar No. 558230
                                      Chapter 7 Trustee

I CERTIFY that a copy of the foregoing was furnished by U.S. Mail, postage prepaid, this 22 day of September 2010 to the following: Sallie Mae, Inc. on behalf of United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes-Barre, PA 18773-9430; Nathaniel Hardage, 10944 Whitworth Ct., Jacksonville, FL 32225; Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 727 Tampa, FL 33602; and by CM/ECF electronic notice to the Office of the United States Trustee.

/s/ Aaron R. Cohen

Aaron R. Cohen